AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Rodney L Cogdell ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  8:10-CV-105-JFA-BHH |
| Commissioner of Social Security Administration ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of the Magistrate Judge is adopted and incorporated. It is Ordered and Adjudged that the decision of the Commissioner is reversed and the case is Remanded to the Commissioner under Sentence Four 42 U.S.C. §405 (g) for further proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge.

Date:  March 22, 2011                              *CLERK OF COURT* Larry W. Propes

                                                                *Chondra S. White*
                                                                *Signature of Clerk or Deputy Clerk*